**DELTA DATA SERVICE, INCORPORATED et al.**

No. 52401.

May 23, 1972.

No error of law.

262 So.2d 39

**JEFFERSON PARISH SCHOOL BOARD**

v.

**MARRERO LAND AND IMPROVEMENT ASSOCIATION, LTD.**

No. 52395.

May 23, 1972.

Under the facts, we find no error of law.